AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

STEPHEN RICHARD BARTLETT,

     Petitioner,                      JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:09-CV-00207-ECR-RAM**

JAMES BENEDETTI, et al.,

     Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition is DISMISSED without prejudice for lack of exhaustion.


   June 18, 2009                                                        **LANCE S. WILSON**
                                                                           Clerk

                                                                   /s/ D. R. Morgan
                                                                      Deputy Clerk